24,009-07

JEFF LEGGETT
590716 ESTELLE
264 FM 3478
HUNTSVILLE, TX 77320

MARCH 9, 2015

GENERAL COUNSEL
COURT OF CRIMINAL APPEALS
P.O. BOX 12308
AUSTIN, TX 78711-2308

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 13 2015

Abel Acosta, Clerk

DEAR COUNSEL:

I HAVE A HUGE PROBLEM-

1. I HELP OTHERS WITH LEGAL WORK.

2. AT TIMES I'LL FILE AN 11.07 WRIT AS AN INMATE PETITIONER AS CONTEMPLATED BY THE INSTRUCTIONS IN P.3 OF THE 11.07 WRIT FORMS. THIS ACTION IS ALSO CODIFIED AT § 11.12, CODE OF CRIMINAL PROCEDURE.

3. I MAILED OUT A WRIT, AND MS. COOK (OUR MAILROOM SUPERVISOR) REFUSED TO MAIL IT. SHE CONFISCATED IT AND A 200 PAGE APPENDIX OF EVIDENCE.

4. HER ACTIONS VIOLATE § 11.12, THE Ruiz FINAL JUDGGMENT, AND PRISON POLICY.

5. IF CONTACTED, SHE WILL SAY THAT I HAVE TO HAVE PRIOR APPROVAL FROM THE LAW LIBRARY TO HELP SOMEONE. THIS IS NOT TRUE. THERE IS ABSOLUTELY NO RULE OR POLICY TO THAT EFFECT.

PLEASE INTERVENE TO CAUSE THIS MAILROOM EMPLOYEE TO FOLLOW THE LAW.

THANK YOU,

Jeff

P.S. I POINTED OUT TO YOUR COURT'S CLERK A FEW MONTHS AGO. THAT PAGE 18 OF THE 11.07 FORM IS NOT NEEDED. THE SAME INFO. IS ON PAGE 17. AND PAGE 2, ITEM (10) OMITS THE POSSIBILITY OF JUDGE FOR GUILT, JURY FOR PUNISHMENT.

JUSTIN MCANALLY #1887943 TRIED TO REPORT A CRIME TO CRIMESTOPPERS. IT WAS IN A SEALED ENVELOPE. Ms. COOK OPENED THE LETTER, AND WOULD NOT LET HIM MAIL IT.

2